# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1563
Lower Tribunal No. 2022-CA-000665

_____

RUSSELL REED, KAREN REED, and NAPLES BAY PROPERTIES, LLC,

Appellants,

v.

AMIL KAJY,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Collier County.
James F. Stewart, Judge.

March 17, 2026

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and PRATT, JJ., concur.


Jeffrey D. Fridkin and Alexandra D. Gabel, of Gunster, Yoakley & Stewart, P.A., Naples, for Appellants.

David Kerem, of David Kerem Law, P.A., Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED